**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   CRIMINAL NO. 3:03CR258(AWT)
                              :
JAMES FRAULO                  :
                              :
------------------------------x
```

### ORDER RE RETURN OF PASSPORT

The Clerk has forwarded to the chambers of the undersigned a letter dated June 28, 2005 from counsel for the government, addressed to the Clerk, stating that the government does not object to a request by the defendant that his passport be returned.  In lieu of a motion, the defendant's request is attached to the government's letter in the form of a letter dated June 6, 2005 from defense counsel, addressed to the United States Attorney's Office.

Based on the foregoing, the Clerk shall mail the defendant's passport to his counsel.

It is so ordered.

Dated at Hartford, Connecticut this 4th day of August 2005.



/s/
Alvin W. Thompson
United States District Judge