PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

### FOR THE

### DISTRICT OF CONNECTICUT

2006 JUN 16  A 11: 28

UNITED STATES OF AMERICA

v.

James Fraulo

Crim #:      3:03CR00258(AWT)

Re: **Early Termination of Supervision**

On **December 11, 2003** the above named was placed on PROBATION for a period of **3 years** years.

He/she has complied with the rules and regulations of probation and is no longer in need of supervision.  It

is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Vicki M. Stackpole
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that

the proceedings in this case be terminated.

Dated this __16th__ day of __June__, 2006.

_____

United States District Court Judge